UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LAWRENCE WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 5:13-CV-757-RN |
| CAROLYN W. COLVIN, ) | |
| *Acting Commissioner of Social Security,* ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**This case came before Magistrate Judge Robert T. Numbers, II for consideration on plaintiff's motion for summary judgment and defendant's motion for judgment on the pleadings.**

**IT IS ORDERED, ADJUDGED AND DECREED that the court DENIES Plaintiff's Motion for Summary Judgment, GRANTS Defendant's Motion for Judgment on the Pleadings, and AFFIRMS the Commissioner's decision.**

This Judgment Filed and Entered on March 27, 2015 with service on:
Stacey R. Walters (via CM/ECF Notice of Electronic Filing)
Kathleen C. Buckner (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

JULIE RICHARDS JOHNSTON, CLERK

_/s/ Lauren Herrmann_
Lauren Herrmann, Deputy Clerk